UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMON ASMELASH,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26-CV-2135 JLS (DEB)<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Hermon Asmelash's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Also before the Court is Respondent's Return to Petition for Writ of Habeas Corpus ("Ret.," ECF No. 5) and Petitioner's Traverse (ECF No. 6).  Petitioner, a citizen of Eritrea, alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Center since May 8, 2025, when he entered the United States.  Pet. ¶ 17.  Petitioner has been detained for nearly one year and alleges that "[t]here is no end in sight to [Petitioner's] detention" as he was denied all forms of relief and has timely filed an appeal with the BIA.  *Id.* ¶ 18.

/ / /

/ / /

1

Respondent "acknowledges that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention," and therefore, "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  Ret. at 1–2.

Accordingly, as Respondent does not oppose providing a bond hearing in this matter, the Court **GRANTS IN PART** Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), and **ORDERS** Respondent to provide Petitioner with an individualized bond hearing within fourteen (14) days before a neutral immigration judge in which the government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.  If no hearing occurs within fourteen days of this Order, Petitioner shall be released from Respondent's custody. The Parties **SHALL** file a Joint Status Report by May 7, 2026, informing the Court of the outcome of the hearing.  As this concludes the litigation in this matter, the Clerk **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 16, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2135 JLS (DEB)